

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Larry C. Kester, d/b/a Architects Collective,<br><br>*Plaintiff(s)*<br>v.<br>Meyer Holdings, L.L.C, SPT Architecture, Ron Spangenberg, Randy Phillips, Greg Tice, Rebecca Gates, Gina Loomis, Dave Wells<br><br>*Defendant(s)* | Civil Action No. 24-cv-00333-CDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ron Spangenberg
312 S. Broadway
Wichita, Kansas 67202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John M. Hickey, Esq.
Hall, Estill
521 E. 2nd Street, Suite 1200
Tulsa, OK 74120
jhickey@hallestill.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT: Heidi D. Campbell, Clerk

Date: JUL 1 6 2024

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | | |
|---|---|---|
| Larry C. Kester, d/b/a Architects Collective, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 24-cv-00333-CDL |
| Meyer Holdings, L.L.C, SPT Architecture, Ron Spangenberg, Randy Phillips, Greg Tice, Rebecca Gates, Gina Loomis, Dave Wells | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rebecca Gates
312 S. Broadway
Wichita, Kansas 67202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John M. Hickey, Esq.
Hall, Estill
521 E. 2nd Street, Suite 1200
Tulsa, OK 74120
jhickey@hallestill.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Heidi D. Campbell, Clerk

Date: JUL 1 6 2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Larry C. Kester, d/b/a Architects Collective,<br><br>*Plaintiff(s)*<br>v.<br>Meyer Holdings, L.L.C, SPT Architecture, Ron Spangenberg, Randy Phillips, Greg Tice, Rebecca Gates, Gina Loomis, Dave Wells<br><br>*Defendant(s)* | Civil Action No. 24-cv-00333-CDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Randy Phillips
312 S. Broadway
Wichita, KS 67202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John M. Hickey, Esq.
Hall, Estill
521 E. 2nd Street, Suite 1200
Tulsa, OK 74120
jhickey@hallestill.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Heidi D. Campbell, Clerk

Date: JUL 1 6 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

Larry C. Kester, d/b/a Architects Collective,

*Plaintiff(s)*

v.

Meyer Holdings, L.L.C, SPT Architecture, Ron Spangenberg, Randy Phillips, Greg Tice, Rebecca Gates, Gina Loomis, Dave Wells

*Defendant(s)*

Civil Action No. 24-cv-00333-CDL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Greg Tice
312 S. Broadway
Wichita, Kansas 67202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John M. Hickey, Esq.
Hall, Estill
521 E. 2nd Street, Suite 1200
Tulsa, OK 74120
jhickey@hallestill.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Heidi D. Campbell, Clerk

Date: JUL 1 6 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Larry C. Kester, d/b/a Architects Collective, <br><br> *Plaintiff(s)* <br> v. <br> Meyer Holdings, L.L.C, SPT Architecture, Ron Spangenberg, Randy Phillips, Greg Tice, Rebecca Gates, Gina Loomis, Dave Wells <br><br> *Defendant(s)* | Civil Action No. 24-cv-00333-CDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Meyer Holdings, L.L.C.
c/o Patrick Meyer
1405 Uthoff Drive
Fenton, MO 63026

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John M. Hickey, Esq.
Hall, Estill
521 E. 2nd Street, Suite 1200
Tulsa, OK 74120
jhickey@hallestill.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Heidi D. Campbell, Clerk

Date: JUL 1 6 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | | |
|---|---|---|
| Larry C. Kester, d/b/a Architects Collective, | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 24-cv-00333-CDL |
| Meyer Holdings, L.L.C, SPT Architecture, Ron Spangenberg, Randy Phillips, Greg Tice, Rebecca Gates, Gina Loomis, Dave Wells | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gina Loomis
312 S. Broadway
Wichita, Kansas 67202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John M. Hickey, Esq.
Hall, Estill
521 E. 2nd Street, Suite 1200
Tulsa, OK 74120
jhickey@hallestill.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  **Heidi D. Campbell, Clerk**

Date: JUL 1 6 2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

Larry C. Kester, d/b/a Architects Collective, )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 24-cv-00333-CDL
Meyer Holdings, L.L.C, SPT Architecture, Ron )
Spangenberg, Randy Phillips, Greg Tice, Rebecca )
Gates, Gina Loomis, Dave Wells )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dave Wells
312 S. Broadway
Wichita, Kansas 67202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John M. Hickey, Esq.
Hall, Estill
521 E. 2nd Street, Suite 1200
Tulsa, OK 74120
jhickey@hallestill.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Heidi D. Campbell, Clerk

Date: JUL 1 6 2024    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Larry C. Kester, d/b/a Architects Collective, <br><br> *Plaintiff(s)* <br> v. <br> Meyer Holdings, L.L.C, SPT Architecture, Ron Spangenberg, Randy Phillips, Greg Tice, Rebecca Gates, Gina Loomis, Dave Wells <br><br> *Defendant(s)* | Civil Action No. 24-cv-00333-CDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SPT Architecture
312 S. Broadway
Wichita, KS 67202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John M. Hickey, Esq.
Hall, Estill
521 E. 2nd Street, Suite 1200
Tulsa, OK 74120
jhickey@hallestill.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Heidi D. Campbell, Clerk

Date: JUL 1 6 2024

*Signature of Clerk or Deputy Clerk*